STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7034
    Fax: (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-21-00331-WHO |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| SANDRA EILEEN LE, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Daniel N. Kassabian appears in this matter in substitution of Assistant United States Attorneys Marja-Liisa Overbeck and Kenneth Chambers.  Future ECF notices should be sent to AUSA Kassabian.  AUSAs Marja-Liisa Overbeck and Kenneth Chambers should be removed from the list of persons to be noticed.

DATED: May 10, 2022

    Respectfully submitted,

    STEPHANIE M. HINDS
    United States Attorney

    /s/
    DANIEL N. KASSABIAN
    Assistant United States Attorney